IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MIA SOUTHWICK,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | NO. 2:05cv0050<br>JUDGE HAYNES |
| RUSSELL STOVER CANDIES,<br>INC.,<br>    Defendant. | )<br>)<br>)<br>) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant Russell Stover's motion for summary judgment (Docket Entry No. 42) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's claims of violations of the Family Medical Leave Act and the Pregnancy Discrimination Act are **DISMISSED** with prejudice. Defendant's motion is otherwise **DENIED** as Plaintiff has presented sufficient evidence demonstrating that genuine issues of material fact exist for her claim of hostile work environment, discrimination based on national origin and retaliation under Title VII of the Civil Rights Act of 1964.

It is so **ORDERED**.

**ENTERED** on this the ___9th___ day of March, 2007.

                                          WILLIAM J. HAYNES, JR.
                                          United States District Judge

35

Case 2:05-cv-00050   Document 74   Filed 03/12/07   Page 1 of 1 PageID #: 829